NenaZuleys8@gmail.com
SulemaSierra48@mail.com

5:22-CV-176-C

5-22-CV-0131-C

To whom this may concern!
Since June 2 2022
Its Been Hot today we were told
that It was 83 Degrees In here
My name Is Sulema Sierra Booking # 22018145
I have put In Plenty letters my friend
Yvonne mom has made at least 20 calls
Since June 2 that Its hot an inmate
threw up from being dehydrated!
another Inmate was Sitting In period blood
for 2 days because she hasn't had any
Clean underwear we are being treated
un human. We are In pain and Suffering
Ive even Started drinking Hot water
because theres no Cold water Just Like
there Is no A/C Please Help us!

Fix this Situation Its wrong!

[signature]

#22018145
Cell: 214-469-5330
email: SulemaSierra48@Yahoo.com
NenaZuleys8@Gmail.com

RECEIVED
JUL - 1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2022 JUL -1 PM 2:53

# Pod 4 (Petition)

Queena Jordan 21044069  queenjordan@gmail.com
214-403-5916

People are complaining about the AC being to hot, and it is hot in this pod. We are sweating, constantly taking showers to keep cool, waking up real sweaty, and irritated. Other individuals as well. This is not just a safe weather climate. (X please sign if agreed)

Carla Ritchie #22019120

TERRIZA BURKS 22001738
Alicia Rich 22008591
Christy Moby 22015461
Sulema Sierra 22018145   Summer Price 2202064
Vanessa Martinez 22076822   Molly Burry 22014060
Hailey Hamilton 22004918   Donna Hopkins 22026180
Lindie Browning 229/2875   Jaelit c Wray
Rebecca Caldwell   Jennifer Laws 22011231
Anabel Ramirez 22011815   Rosablanca Nays #22017651
Jystan Robinson   Nancy Jaramillo #22018509

Leslie Jones
Ettra Vaughn 22022561
Moreno Jenna #22012857
MORALES, Bianca #22016387
Bnana McAfee #2202107D
Kenja Rubio #22012215
April Coterill #22018125
~~[scribbled out]~~
Abigail Fonseca
Jasmine Limas #22014112
[signature] ~~#22021315~~
[signature]
Jenese Henry #921
Rodericka Davis #22015956

Solema Sierra
Dallas County Jail
P.O. Box 660334
Bin: 22018145
HAYS Tower 04-D
Dallas Texas 75266-0334



NORTH TEXAS TX P&DC
DALLAS TX 750
27 JUN 2022 PM 9 L



Office of the Clerk
Northern District of Texas
1205 Ave Room 20?
Lubbock, TX 79401